DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN DELOS WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DELOS WILSON,<br><br>　　　　　Defendant. | NO. 1:07-cr-00168 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER<br><br>Date:  March 14, 2008<br>Time:  8:45 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference hearing in the above-referenced matter now set for February 22, 2008, **may be continued to March 14, 2008, at 8:45 A.M.**

　　　This continuance is at the request of counsel for the defendant because she needs additional time for plea negotiations and defense preparation prior to the hearing.  Counsel for the government has been involved in an extensive trial that has been in progress since at or about the time of our last appearance in court on this matter.  The parties wish to have time to discuss a plea agreement, and the plea agreement needs to be reduced to writing so that it can be presented to Mr. Wilson for consideration.  If plea negotiations are not successful, the parties will be prepared to set a trial date.  The requested continuance will conserve time and resources for both parties and the court.

///

///

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

        McGREGOR W. SCOTT
        United States Attorney

DATED: February 19, 2008        By   Sheila K. Oberto
        SHEILA K. OBERTO
        Assistant United States Attorney
        Attorney for Plaintiff


        DANIEL J. BRODERICK
        Federal Public Defender

DATED: February 19, 2008        By  /s/ Melody M. Walcott
        MELODY M. WALCOTT
        Assistant Federal Defender
        Attorney for Defendant
        JOHN DELOS WILSON

## O R D E R

**GOOD CAUSE EXISTS FOR THE CONTINUANACE..** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

    IT IS SO ORDERED.

**Dated:   February 19, 2008**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE