

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
6
7  Attorney for Defendant
   JOHN DELOS WILSON
8
9
           IN THE UNITED STATES DISTRICT COURT
10
         FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13
   UNITED STATES OF AMERICA,      )  NO. 1:07cr00168LJO
14                                 )
                    Plaintiff,    )  PROTECTIVE ORDER
15                                 )
       v.                          )
16                                 )  Time:
   JOHN DELOS WILSON,              )  Judge: Hon. Lawrence J. O'Neill
17                                 )
                    Defendant.    )
18                                 )
                                   )
19 _____)

                    **PROTECTIVE ORDER**
20
       The parties, the United States of America, by Assistant United
21
   States Attorney Sheila Oberto, and defendant, John Delos Wilson, by his
22
   attorney, Katherine Louise Hart, have consulted and agreed to entry of
23
   the following Order concerning sealed documents and discovery in this
24
   matter.
25
       **IT IS HEREBY ORDERED THAT:**
26
       1.  All discovery and sealed documents, including cd's, in the
27
   above-captioned case may be copied by Melody Walcott, Assistant Federal
28

1  Defender, attorney for John Wilson in the above-captioned matter, and
2  turned over to Katherine Louise Hart, appointed counsel for John Wilson
3  on appeal of the above-captioned case.

4      2.  All discovery and sealed documents, including cd's, in the
5  above-captioned case shall be available for examination by (1)
6  Katherine Louise Hart, attorney for John Delos Wilson; (2) any member
7  of the office of Katherine Louise Hart designated by her to have
8  access; and (3) the defendant, John Wilson, in the presence of his
9  lawyer.

10     2.  All individuals who receive access to the materials
11 pursuant to this Protective Order, prior to receiving access to the
12 materials, shall sign a copy of this Protective Order, acknowledging
13 that:  (a) they have reviewed the Protective Order; (b) they understand
14 its contents; (c) they agree that they will only access the discovery
15 and the documents sealed in the above-captioned case for the purposes
16 of preparing the appeal for defendant; (d) they will not make copies of
17 any material inconsistent with this Order without further order of the
18 Court; and, (e) they understand that failure to abide by this
19 Protective Order will result in sanctions by the Court and may result
20 in state or federal criminal charges for possession or dissemination of
21 child pornography or obscene materials.

22     3.  Counsel for the defendant shall promptly file signed copies
23 of this Protective Order.

24     4. All materials shall be maintained by defense counsel, and
25 shall be used by Katherine Louise Hart, counsel for John Wilson, and
26 any members of her staff solely and exclusively in connection with this
27 case and appeal or other related legal proceedings, and for no other
28 purposes.

Name of Pleading                    -2-

1        5. A copy of this Order shall be kept with the aforementioned
2   materials at all times.

3        6. The defense is hereby protected from prosecution while
4   possessing the aforementioned materials. ~~because the government~~
5   However, no member of the defense is protected from prosecution for
6   intentionally violating this Order. An intentional violation of this
7   Protective Order may result in sanctions and/or prosecution of persons
8   who possessed, received, copied or distributed contraband (that is,
9   pornography or obscene materials).

11  DATED: July 8, 2008      [signature]
12                                  Lawrence J. O'Neill
                                United States District Court Judge

13  DATED: 6-25-08      [signature]
14                                  Katherine Louise Hart
                                Attorney for John Delos Wilson

15  DATED: 7/8/08      [signature]
16                                  Sheila Oberto
                                Asst. United States Attorney